IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TAMMY HEIL** | * | |
| | * | |
| PLAINTIFF | * | CIVIL ACTION NO. _____ |
| **VS.** | * | |
| | * | **COMPLAINT AND DEMAND** |
| **CLIENT SERVICES, INC.** | * | **FOR JURY TRIAL** |
| DEFENDANT | * | |

# COMPLAINT

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

### III. PARTIES

3. Plaintiff, Tammy Heil (hereinafter referred to as "plaintiff" and "Ms. Heil") is a natural person who resides in East Baton Rouge Parish, Louisiana.

4. Defendant, Client Services, Inc. (hereinafter referred to as "Client Services" or "defendant") is a foreign corporation authorized to do and doing business in the state of Louisiana, whose registered agent for service of process in Louisiana is CT Corporation System, 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808. Client Services, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined

under the FDCPA.

IV. FACTUAL ALLEGATIONS

5. On or about September 28, 2007, defendant Client Services placed a telephone call to Ms. Heil's residence asking for a Don Heil attempting to collect a debt allegedly owed by him.

6. The alleged debt, upon information and belief, was primarily for personal, family or household purposes.

7. Ms. Heil's husband is David Heil, not Don Heil, and the defendant was told this.

8. Despite this knowledge, on October 2, 2007, defendant thereafter placed two more calls to Ms. Heil's work place seeking to speak with Don Heil regarding his alleged debt, and when told he was not there, asked for plaintiff Tammy Heil.

9. Ms. Heil again informed defendant that she was not married to Don Heil and did not know who he was.

10. On October 3, 2007, defendant placed two more calls to Ms. Heil's residence asking for her.

11. Ms. Heil then became very worried and concerned over defendant';s continuous contact with her when she did not know who Don Heil was, and she spoke with officer Trey Vargas of the Baton Rouge Police Department.

12. Officer Vargas called the defendant and asked that they stop placing calls to Ms. Heil, and in doing so, spoke with both Danielle Baker, an employee, and his supervisor, Jeff Henderson, was told that defendant had a list of people named Heil to whom they were placing calls, and Officer Vargas advised Ms. Heil to not speak with Jeff Henderson.

## DEFENDANT'S PRACTICES

13. Defendant, Client Services, Inc., violated numerous provisions of the FDCPA including but not limited to sections 1692c, 1692d, 1692e, and 1692f.

14. Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, and emotional distress, for which she should be compensated in amounts to be proven at trial.

WHEREFORE, plaintiff respectfully request that the Court grant the following relief in her favor and against Defendant Client Services, Inc., for:

a. Additional damages;

b. Actual damages;

c. Attorney fees, litigation expenses and costs; and

d. Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

s/Garth J. Ridge
**GARTH J. RIDGE**
Attorney for Plaintiff
Bar Roll Number: 20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com