UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAMMY HEIL** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 08-621-JJB-DLD** |
| **CLIENT SERVICES, INC.** | |

### O R D E R

The Court having been advised by counsel for the parties that the above action has been settled:

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

Baton Rouge, Louisiana, <u>January 26, 2009</u>.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA